1
2
3                    UNITED STATES  DISTRICT COURT
4                    Northern District of California
5

6  ANDRE PATTERSON                                  No. C 11-06135 MEJ

7                 Plaintiff,                        **ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM**
        v.
8  NELLA CONGALVES,

9              Defendant.
10  _____/

11

12       Pending before the Court is Plaintiff's in forma pauperis application.  Upon review of the

13  record in this action, the Court notes that Plaintiff has not filed a written consent to magistrate judge

14  jurisdiction.  This civil case was randomly assigned to the undersigned magistrate judge for all

15  purposes including trial.  In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district

16  court are designated to conduct any and all proceedings in a civil case, including trial and entry of

17  final judgment, upon the consent of the parties.  An appeal from a judgment entered by a magistrate

18  judge may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same

19  manner as an appeal from any other judgment of a district court.

20       You have the right to have your case assigned to a United States District Judge for trial and

21  disposition.  Accordingly, Plaintiff shall inform the Court, by way of the enclosed form, whether he

22  consents to magistrate judge jurisdiction or requests reassignment to a United States District Judge

23  for trial.  The consent/declination form shall be filed by December 27, 2011.

24       **IT IS SO ORDERED.**

25  Dated: December 13, 2011

26                                                  _____
                                                    Maria-Elena James
27                                                  Chief United States Magistrate Judge

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRE PATTERSON                                                     No. C 11-06135 MEJ

        Plaintiff(s),

vs.

NELLA CONGALVES

        Defendant(s).
        _____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____          Signed by:_____

                                                                     Counsel for:_____

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated:_____          Signed by:_____

                                                                     Counsel for:_____

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE PATTERSON | Case Number: 11-06135 MEJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| NELLA CONGALVES | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 13, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andre Patterson
1419 Striped Bass Street, #F
San Francisco, CA 94130

Dated: December 13, 2011

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

3