IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE PATTERSON,<br><br>    Plaintiff,<br><br>v.<br><br>NELLA CONGALVES,<br><br>    Defendant._____/ | No. C 11-06135 CRB<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

The Court on December 19, 2011 adopted Magistrate Judge Maria-Elena James's Report and Recommendation of December 13, 2011, granting Plaintiff Andre Patterson's application to proceed *in forma pauperis* and dismissing the Complaint without prejudice. See Order (dkt. 10). The Court explained that "Plaintiff must amend, if he chooses to do so, within thirty (30) days of this Order; failure to amend by that time could result in the dismissal of his case with prejudice." Id. Because thirty days have passed and Plaintiff has failed to amend his Complaint, the Court DISMISSES this case with prejudice pursuant to Federal Rule of Civil Procedure 41(b). The case management conference scheduled for tomorrow is hereby VACATED as moot.

**IT IS SO ORDERED.**

Dated: April 5, 2012

                                                   CHARLES R. BREYER
                                                 UNITED STATES DISTRICT JUDGE

N:\11-6135.crborder.wpd