IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRE PATTERSON,

        Plaintiff,

  v.

NELLA CONGALVES,

        Defendant.

                                        /

No. CV-11-6135 CRB

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

The Court DISMISSES this case with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Dated: April 5, 2012

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk